No. 84–1067. DISTRICT OF COLUMBIA v. BROWN. C. A. D. C. Cir. Motion of respondent Brown, aka Yusaf Lateef Salahuddin,

for leave to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE and JUSTICE WHITE would grant certiorari.